IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD, | * |
| Plaintiff, | * |
| v. | * Case No. 1:22-cv-3723-SEG |
| AR DREAM ENTERPRISES, LLC, | * |
| Defendant. | * |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation [Doc. 16], and the Consent Decree attached thereto [Doc. 16-1 ], and for good cause shown, the relief requested in the Stipulation is **GRANTED**. The Court shall retain jurisdiction to enforce the parties' Consent Decree, and this case is **DISMISSED** with prejudice. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

**SO ORDERED**, this 17th day of March, 2023.

_____
Sarah E. Geraghty
United States District Judge